No. 97–5691. SMITH v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 97–5713. POWELL v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 97–5714. SMITH v. GILMORE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–5716. JAMES v. DELGADO ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–5717. SKOLNICK v. DORIA, SHERIFF, DUPAGE COUNTY, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–5720. MOORE v. FENNEMA ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5721. SMITH v. COMMITTEE OF THE SUPREME COURT OF SOUTH CAROLINA ON CHARACTER AND FITNESS. Sup. Ct. S. C. Certiorari denied.

No. 97–5728. CORTEZ v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 97–5729. LOVE v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 97–5746. ROLL v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 97–5755. GRIFFIN v. JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–5759. EDWARDS v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 97–5762. HARRIS v. KAVER ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–5765. SCHIRNER ET UX. v. WICOMICO COUNTY PLANNING AND ZONING COMMISSION ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 97–5767. ANDERSON v. SOUTHERN STEVEDORING CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.